**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Roberto LOPEZ, Defendant-Appellant.**

**No. 71-2431.**

United States Court of Appeals,
Ninth Circuit.

April 10, 1972.

Roger L. Cossack, of Cossack & Karp, Los Angeles, Cal., for defendant-appellant.

William D. Keller, U. S. Atty., Eric A. Nobles, Larry S. Flax, Asst. U. S. Attys., Los Angeles, Cal., for plaintiff-appellee.

Before CHAMBERS, WRIGHT and GOODWIN, Circuit Judges.

PER CURIAM:

Lopez was convicted of selling cocaine in violation of 26 U.S.C. § 4705(a).

The complaint was filed after the crime was committed. Then the section was repealed by P.L. 91–513 (§ 1101). After the repeal, the indictment followed and then the trial and conviction.

But the trouble is that P.L. 91–513 had a saving clause in it which kept his crime alive.

Judgment affirmed and the mandate will issue now.